### Eartha JEAN JOHNSON, Plaintiff–Appellant,

v.

### UNITED AIRLINES, INCORPORATED, Defendant–Appellee.

No. 14–20662.

United States Court of Appeals, Fifth Circuit.

July 9, 2015.

John Karl Etter, Rodney & Etter, L.L.C., New Orleans, LA, for Plaintiff–Appellant.

Richard T. Stilwell, Alexander D. Burch, Baker & Hostetler, L.L.P., Houston, TX, for Defendant–Appellee.

Before KING, SMITH, and ELROD, Circuit Judges.

PER CURIAM: *

The plaintiff appeals a dismissal under Federal Rule of Civil Procedure 12(b)(6) based on the statute of frauds. Plaintiff was denied a request to amend the complaint, and there was no discovery.

Included in the record on appeal is a letter from the defendant, dated March 1, 2013, referencing, *inter alia,* "our promise of lifetime top-tier earned status." That admission detaches the statute-of-frauds issue from this case. Under these particular circumstances, the plaintiff should be allowed to amend the original complaint, which was inartful. The district court should then determine whether to permit discovery.

The judgment is REVERSED, and this matter is REMANDED. We place no limitation on the rulings that the district court should make on remand except to allow amendment.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.